IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE FLORES, et al., | ) | 1:03-CV-6405 AWI DLB |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING |
| v. | ) | DEFENDANTS' MOTION FOR |
| | ) | SANCTIONS UNDER |
| DENNIS HAGOBIAN, et al., | ) | SUBMISSION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Defendants Georgeson & Belardinelli, C. Russell Georgeson, and Richard Belardinelli ("Georgeson Defendants") have filed a motion for sanctions.  This motion is set to be heard on November 5, 2007.  The motion alleges that Plaintiffs improperly filed documents concerning a motion to dismiss that has been taken under submission..

    The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 5, 2007, is VACATED, and the parties shall not appear at that time.  As of November 5, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     October 31, 2007          /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE